IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LESLIE L. LEONARD, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:19-CV-358-K-BK |
| | § | |
| CITIBANK NA, AS TRUSTEE, | § | |
| IN TRUST FOR REGISTERED HOLDERS | § | |
| OF WAMU ASSET-BACKED | § | |
| CERTIFICATES WAMU SERIES | § | |
| 2007-HE3 TRUST, | § | |
|     DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a *de novo* review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *First Motion to Remand to State Court*, Doc. 8 is **GRANTED**, and this action is **REMANDED** to the 193rd Judicial District Court for Dallas County, Texas.

SO ORDERED.

Signed August 6th, 2019.

                                         *Ed Kinkeade*
                                         ED KINKEADE
                                         UNITED STATES DISTRICT JUDGE